[Criminal No. 461.    Filed May 3, 1919.]

[179 Pac. 623.]

CHARLES ROBERTS, Appellant, v. STATE, Respondent.

APPEAL from a judgment of the Superior Court of the county of Maricopa.    R. C. Stanford, Judge.    Affirmed.

Mr. Albert D. Leyhe and Mr. Geo. S. Evans, for Appellant.

Mr. Wiley E. Jones, Attorney General, Mr. George W. Harben, Assistant Attorney General, and Mr. L. M. Laney, County Attorney, for the State.

PER CURIAM.—The appellant was convicted of the crime of "advertising and holding out to practice a system of healing the sick without license," in the superior court of Maricopa county, and appeals.    He has never lodged any brief or assignments of error in this court, nor has he taken any other steps looking toward a furtherance of the appeal.    Notwithstanding the apparent indifference of the appellant, we have carefully examined the record to see if any reversible error exists, but find none.

The judgment of conviction is affirmed.